UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAVA ZLOTNIK, et al.,

    Plaintiffs,

    v.

U.S. BANCORP, et al.,

    Defendants.
_____/

No. C 09-3855 PJH

**ORDER GRANTING MOTION TO DISMISS**

    Defendant U.S. Bank National Association having removed the above-entitled action from the Superior Court of California, County of Marin, and having filed a motion to dismiss the first amended complaint for failure to state a claim, and plaintiffs having filed a notice of non-opposition to the motion, the court finds that the motion must be GRANTED.

    In addition, the court notes that plaintiffs have filed a second amended complaint. Although the second amended complaint was improperly filed, as no leave of court was sought or obtained as required under Federal Rule of Civil Procedure 15(a), the court will permit it to stand in light of the fact that plaintiffs did not oppose the motion to dismiss the first amended complaint. In the future, however, plaintiffs may not further amend the complaint without either leave of court of agreement of defendants.

    The date for the hearing on defendant's motion to dismiss, previously set for October 21, 2009, is VACATED.

**IT IS SO ORDERED.**

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge