Stephen P. Collette (SB# 186439)
STEPHEN P. COLLETTE & ASSOCIATES
811 Wilshire Blvd., Suite 1200
Los Angeles, CA 90017
Telephone: (877) 636-5295
Facsimile: (562) 684-4531
E-mail: Stephen_Collette@hotmail.com

Attorney for Plaintiffs HAVA ZLOTNIK and JAMES ZLOTNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVA ZLOTNIK, an individual, JAMES ZLOTNIK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANCORP, a Delaware Corporation f/k/a DOWNEY SAVINGS AND LOAN CORPORATION; INVESTORS TRUST MORTGAGE AND INVESTMENT COMPANY, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 09-3855 PJH<br><br>*Assigned for all purposes to the Honorable Phyllis J. Hamilton*<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:

The parties hereby request that the Court continue the Case Management Conference, currently set for December 3, 2009, until January 11, 2009 or some further date convenient to this Court. This will allow the Court to rule on Defendants' Motion to Dismiss the Second Amended Complaint currently scheduled for December 16, 2009 prior to the Case Management Conference and allow the parties to set forth a more meaningful discovery plan.

1

1  Jointly stipulated this 24th day of November, 2009.

3  STEPHEN P. COLLETTE & ASSOCIATES

5  By: /s/ Stephen P. Collette                                     .
   Stephen P. Collette, Esq.
6  Attorneys for Plaintiffs Hava and James Zlotnik

8  OFFICE OF THE GENERAL COUNSEL

11 By: /s/ Eric M. Alderete                                        .
    Eric M. Alderete, Esq.
12  Attorneys for Defendant  U.S. BANK
    NATIONAL ASSOCIATION, SUCCESSOR
13  IN INTEREST TO THE FEDERAL DEPOSIT
    INSURANCE CORPORATION AS
14  RECEIVER FOR DOWNEY SAVINGS AND
15  LOAN ASSOCIATION, F.A. U.S. Bank

17     THE COURT ORDERS THAT THE CASE MANAGEMENT
18 CONFERENCE BE CONTINUED UNTIL __January 14, 2010 at 2:00 p.m.__.
19 IT IS SO ORDERED
   Dated:__11/25/09_____

   _____
   Phyllis J. Hamilton
   United States District Court Judge

2

**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**PROOF OF SERVICE—(1013A, 2015.5 C.C.P.)**

I am over the age of 18 years and am employed at 811 Wilshire Blvd., Suite 1200, Los Angeles, CA 90017.

On November 24, 2009, I caused the foregoing document entitled:

**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

to be served on the interested parties in this action, addressed as follows:

Eric M. Alderete, Esq.
U.S. Bank Legal Department
3121 Michelson Drive.
Irvine, CA 92612

[ **X** ]  **BY ELECTORNIC DELIVERY:**  I caused a true and correct copy of the foregoing document to be served on the addressee through the Court's filing system.  The transmission was reported without incident.

[ **X** ]  (**Federal**)  I declare, under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on November 24, 2009, at Los Angeles, California.

                                               /s/ Stephen P. Collette     .
                                             Stephen P. Collette