UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hava Zlotnik and John Zlotnik

CASE NO. CV 09-3855 PJH

Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

U.S. Bank National Assoc.. Successor in Interest to FDICr for DowneySavings Savings

Defendant(s).

_____ /

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline   March 15, 2010 _____

Dated: 11/24/2009               s/Stephen P. Collette
                                Attorney for Plaintiff

Dated: 11/24/2009               s/Eric M. Alderete
                                Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other   March 15, 2009

IT IS SO ORDERED.

Dated:  11/25/09



_____
Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE