UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAVA ZLOTNIK,

        Plaintiff(s),                       No. C 09-3855 PJH

    v.                                       **ORDER TO SHOW CAUSE**

INVESTORS TRUST MORTGAGE AND
INVESTMENT CO., INC.,

        Defendant(s).

_____/

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on January 14, 2010, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on January 28, 2010, at 2:00 p.m., Oakland Federal Courthouse, 1301 Clay, Oakland, California.  If plaintiff, personally or through **lead counsel**, fails to appear, the case shall be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: January 14, 2010

                                                  _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge