Stephen P. Collette (SB# 186439)
STEPHEN P. COLLETTE & ASSOCIATES
605. W. Olympic Blvd., Suite 900
Los Angeles, CA 90015
Telephone: (877) 636.5295
Facsimile: (323) 576.4575

Attorney for Plaintiffs HAVA ZLOTNIK and JAMES ZLOTNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVA ZLOTNIK, an individual, JAMES ZLOTNIK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>INVESTORS TRUST MORTGAGE AND INVESTMENT COMPANY, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 09-3855 PJH<br><br>[*Assigned for all purposes to the Honorable Judge Phyllis J. Hamilton*]<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS MATTER comes before the Court upon the Joint Stipulation of Dismissal Without Prejudice in accordance with the parties' agreement:

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 29__, 2010          By:_____
                                                              Honorable Judge Phyllis J. Hamilton

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

1

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**